[No. 60921-1-I.   Division One.   March 16, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN MICHAEL FOREMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-1-00218-3, David A. Kurtz, J., entered October 22, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60948-3-I.   Division One.   March 16, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. CHAD BRIAN STANDS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-06678-7, Paris K. Kallas, J., entered November 27, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60958-1-I.   Division One.   March 16, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDRE DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-01014-5, Sharon S. Armstrong, J., entered November 26, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 61001-5-I.   Division One.   March 16, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. KOI S. AIMALOLO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-04549-6, Nicole MacInnes, J., entered November 19, 2007. *Affirmed* by unpublished per curiam opinion.